# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RITA BOCCADORI, MARY COUNTERMAN, ROBERT SCHULTE, TIMOTHY FERGUSON, EDWARD BARTH; MICHELLE JARROW, ROBERT MAZIARZ, COLLEEN MAZIARZ, NICHOLAS GABELLO, and MARIE GABELLO, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC d/b/a Great Valley Cardiology; COMMONWEALTH HEALTH PHYSICIAN NETWORK d/b/a Great Valley Cardiology; SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC; COMMONWEALTH HEALTH PHYSICIAN NETWORK - CARDIOLOGY a/k/a Great Valley Cardiology; and COMMONWEALTH HEALTH PHYSICIAN NETWORK - CARDIOLOGY a/k/a Great Valley Cardiology and Scranton Cardiovascular Services, LLC, <br><br> Defendants. | No. 3:23-cv-01008 <br><br> This Filing Relates to: <br> No. 3:23-cv-01112 <br><br> (Chief Judge Brann) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Timothy Ferguson, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses with prejudice his claims against Defendant Scranton Cardiovascular Physician Services, LLC d/b/a Great Valley Cardiology.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: January 21, 2025

Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch (PA 56887)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
gary@lcllp.com

*Attorney for Plaintiff Timothy Ferguson*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of January 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

*/s/ Gary F. Lynch*
Gary F. Lynch
