UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RITA BOCCADORI, MARY COUNTERMAN, ROBERT SCHULTE, TIMOTHY FERGUSON, EDWARD BARTH; MICHELLE JARROW, ROBERT MAZIARZ, COLLEEN MAZIARZ, NICHOLAS GABELLO, and MARIE GABELLO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC d/b/a Great Valley Cardiology; COMMONWEALTH HEALTH PHYSICIAN NETWORK d/b/a Great Valley Cardiology; SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC; COMMONWEALTH HEALTH PHYSICIAN NETWORK - CARDIOLOGY a/k/a Great Valley Cardiology; and COMMONWEALTH HEALTH PHYSICIAN NETWORK - CARDIOLOGY a/k/a Great Valley Cardiology and Scranton Cardiovascular Services, LLC,<br><br>　　　　　Defendants. | Case No. 3:23-cv-01008-MWB<br><br>This Filing Relates to:<br>No. 3:23-cv-01237-MWB<br><br>(Chief Judge Brann) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Michelle Jarrow, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses with prejudice her claims against Defendant Scranton Cardiovascular Physician Services, LLC d/b/a Great Valley Cardiology.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: January 29, 2025    Respectfully submitted,

/s/ Andrew W. Ferich
Andrew W. Ferich (PA 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

*Attorney for Plaintiff Michelle Jarrow*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 29th day of January 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

*/s/ Andrew W. Ferich*
Andrew W. Ferich

2