**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT AND COLLEEN MAZIARZ, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-01008-MWB |
| Plaintiffs, | This Filing Relates to: No. 3:23-cv-01279-MWB |
| v. | (Chief Judge Brann) |
| COMMONWEALTH HEALTH PHYSICIAN NETWORK-CARDIOLOGY a/k/a GREAT VALLEY CARDIOLOGY & SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Robert and Colleen Maziarz, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismiss with prejudice their claims against Defendant Scranton Cardiovascular Physician Services, LLC d/b/a Great Valley Cardiology.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: January 29, 2025                      Respectfully submitted,

                         BY:    */s/ Patrick Howard*
                                Patrick Howard (PA ID #88572)
                                **SALTZ, MONGELUZZI, & BENDESKY, P.C.**
                                1650 Market Street, 52nd Floor
                                Philadelphia, PA 19103
                                Tel: (215) 496-8282
                                phoward@smbb.com

                                *Counsel for Plaintiffs Robert and Collen Maziarz*

1

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 29th day of January 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

<u>*/s/ Patrick Howard*            </u>
Patrick Howard