UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RITA BOCCADORI, MARY COUNTERMAN, ROBERT SCHULTE, TIMOTHY FERGUSON, EDWARD BARTH; MICHELLE JARROW, ROBERT MAZIARZ, COLLEEN MAZIARZ, NICHOLAS GABELLO, and MARIE GABELLO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC d/b/a Great Valley Cardiology; COMMONWEALTH HEALTH PHYSICIAN NETWORK d/b/a Great Valley Cardiology; SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC; COMMONWEALTH HEALTH PHYSICIAN NETWORK - CARDIOLOGY a/k/a Great Valley Cardiology; and COMMONWEALTH HEALTH PHYSICIAN NETWORK - CARDIOLOGY a/k/a Great Valley Cardiology and Scranton Cardiovascular Services, LLC,<br><br>    Defendants. | Case No. 3:23-cv-01008-MWB<br><br>This Filing Relates to:<br>No. 3:23-cv-01015-MWB<br><br>(Chief Judge Brann) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Mary Counterman, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses with prejudice her claims against Defendant Scranton Cardiovascular Physician Services, LLC d/b/a Great Valley Cardiology.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: January 31, 2025

Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates (Ohio 85579)
Dylan J. Gould (Ohio 97954)
**MARKOVITS STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

Randi Kassan (PA Bar No. 323790)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 741-5600
Facsimile: (516) 741-0128
rkassan@milberg.com

*Attorneys for Plaintiff Mary Counterman*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of January, 2025, I served the foregoing upon counsel for all parties by filing it with the Court's CM/ECF system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Terence R. Coates*
Terence R. Coates